# EXHIBIT A

I, MIKHAIL GERSHZON, DECLARE:

1. I am a Plaintiff in this action. If called upon to testify, I could and would competently testify to the matters contained herein based upon my personal knowledge.

2. I submit this Declaration pursuant to California Code of Civil Procedure § 2215.5 and California Civil Code § 1780(d).

3. As set forth in my complaint, I purchased the Colgate Total Toothpaste on one or more occasions from a Safeway located in San Francisco, California within the last three years.

4. I believed that the claim "Recyclable Tube" meant that recycling facilities, generally available to consumers in California, accepted and recycled the toothpaste tubes.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this ___ day of October, 2023, in San Francisco, California.

10/20/2023

*Mikhail Gershzon*
7C2FE23DA8DE424...
MIKHAIL GERSHZON