1  **GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
2   seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
3   marie@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
4   rajiv@gutridesafier.com
100 Pine Street, Suite 1250
5  San Francisco, CA 94111
Telephone: (415) 639-9090
6  Facsimile: (415) 449-6469

7  *Attorneys for Plaintiffs*

**JENNER & BLOCK LLP**
Kate T. Spelman (State Bar No. 269109)
  kspelman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Dean N. Panos (*pro hac vice*)
  dpanos@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

MIKHAIL GERSHZON, KRISTIN DELLA, and JILL LIENHARD, on behalf of themselves, the general public, and those similarly situated,

　　　　　　　　　　　Plaintiffs,

　　v.

COLGATE-PALMOLIVE COMPANY,

　　　　　　　　　　　Defendant.

Case No. 3:23-cv-04086-JCS

Hon. Joseph C. Spero

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CLASS CERTIFICATION DEADLINES**

Plaintiffs Mikhail Gershzon, Kristin Della, and Jill Lienhard ("Plaintiffs") and Defendant Colgate-Palmolive Company ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have engaged in extensive discovery, including the production of more than 50,000 documents and written discovery responses, and are continuing to cooperate in good faith to complete the remaining discovery in an efficient and orderly manner;

WHEREAS, a central issue for class certification in this matter is the labeling of the products at issue (the "Products"), including when certain representations were made on the Products concerning recyclability;

WHEREAS, Colgate has previously produced certain product labels and served interrogatory responses identifying those labels;

WHEREAS, Plaintiffs noticed Rule 30(b)(6) deposition topics and Defendant designated three witnesses;

WHEREAS, Plaintiffs deposed the first Colgate witness on March 14, 2025;

WHEREAS, Defendant designated two additional Rule 30(b)(6) witnesses who will be prepared to testify regarding the labeling and marketing topics;

WHEREAS, Plaintiffs have sought additional information related to the labeling of specific Products bearing the challenged "Recyclable Tube" labeling, in order to adequately prepare for upcoming depositions of witnesses with knowledge of the Product's labeling and marketing;

WHEREAS, Colgate has agreed to provide the additional information requested by Plaintiffs in advance of the relevant depositions;

WHEREAS, one of the two remaining Rule 30(b)(6) witnesses is unavailable for deposition prior to May 1, 2025, due to unavoidable work travel and family commitments, and the Parties agree that proceeding with the deposition on that date will not prejudice either side and will promote efficiency;

WHEREAS, in light of the pending production of additional Product label information and the scheduling conflict for Colgate's witness, the Parties agree to a five-week extension of

case deadlines to allow Colgate to complete its production of information, to allow for completion of the 30(b)(6) depositions, and to permit Plaintiffs to file their motion for class certification;

WHEREAS, the requested continuance of these depositions is narrowly tailored, supported by good cause, and will facilitate the completion of discovery in a manner that is fair to all Parties and consistent with the orderly progression of the case;

WHEREAS, there have been two prior requests to extend the case deadlines that were necessitated by technical issues and because of the volume of discovery in this matter;

WHEREAS, the extension will have no other effect on any case deadlines other than as specified below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the case deadlines will be modified as follows:

| Event | Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiffs to file the motion for class certification and any expert report(s) in support thereof | April 10, 2025 | May 15, 2025 |
| Deadline for Defendant to oppose the motion for class certification and produce any expert report(s) in support of its opposition | June 10, 2025 | July 17, 2025 |
| Mediation Deadline | July 15, 2025 | August 19, 2025 |
| Deadline for Plaintiffs to file the reply in support of motion for class certification | August 5, 2025 | September 9, 2025 |
| Deadline for Defendant to file any replies in support of its Daubert motion(s) and any opposition(s) to Plaintiffs' Daubert motion(s) | September 2, 2025 | October 7, 2025 |
| Deadline for Plaintiffs to file any replies in support of its Daubert motion(s) | September 30, 2025 | November 4, 2025 |
| Hearing on Plaintiffs' motion for class certification and any Daubert motion(s) | November 19, 2025 at 9:30 a.m. | December 17, 2025 at 9:30 a.m. |

**IT IS SO STIPULATED.**

Dated: March 22, 2025

| | |
|---|---|
| **GUTRIDE SAFIER LLP** | **JENNER & BLOCK LLP** |
| */s/Rajiv V. Thairani/* | */s/Kate T. Spelman/* |
| Seth A. Safier (State Bar No. 197427) | Kate T. Spelman (State Bar No. 269109) |
|   seth@gutridesafier.com |   kspelman@jenner.com |
| Marie A. McCrary (State Bar No. 262670) | 515 South Flower Street, Suite 3300 |
|   marie@gutridesafier.com | Los Angeles, CA 90071-2054 |
| Rajiv V. Thairani (State Bar No. 344390) | Telephone: (213) 239-5100 |
|   rajiv@gutridesafier.com | Facsimile:  (213) 239-5199 |
| 100 Pine Street, Suite 1250 | |
| San Francisco, CA 94111 | Dean N. Panos (*pro hac vice*) |
| Telephone: (415) 639-9090 |   dpanos@jenner.com |
| Facsimile:  (415) 449-6469 | 353 North Clark Street |
| | Chicago, IL 60654 |
| *Attorneys for Plaintiffs* | Telephone: (312) 222-9350 |
| | Facsimile:  (312) 527-0484 |
| | |
| | *Attorneys for Defendant* |

## ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: March 22, 2025      **GUTRIDE SAFIER LLP**

By: */s/Rajiv V. Thairani/*
Rajiv V. Thairani (SBN 344390)
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
(415) 639-9090
(415) 449-6469 (fax)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 24, 2025

The Honorable Joseph C. Spero
United States Magistrate Judge