UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MIKHAIL GERSHZON; et al.,

Plaintiffs - Respondents,

v.

COLGATE-PALMOLIVE COMPANY,

Defendant - Petitioner.

No. 26-2360

D.C. No.
3:23-cv-04086-JCS
Northern District of California,
San Francisco

ORDER

Before: SCHROEDER and COLLINS, Circuit Judges.

The motion (Docket Entry No. 14) to file a corrected answer is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).

The unopposed motions (Docket Entry Nos. 4, 13, and 18) to maintain documents under seal are granted for the purpose of this petition only. To request sealing of the material in any future appeal, petitioner must file a new motion and should not rely on this order.

The clerk will file publicly the motions to seal (Docket Entry Nos. 4, 13, and 18). The clerk will maintain under seal Exhibit 1 to the petition (Docket Entry No. 2), the answer (Docket Entry Nos. 10.2 and 12), and the corrected answer (Docket Entry Nos. 15.2 and 17). Within 21 days, respondents must submit for public filing

a redacted version of the corrected answer consistent with the redactions proposed in the motions to seal. The page numbering in the public version must remain the same as in the sealed version.